UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Steven M. Ford.**            ) | |
|                                ) | |
| **Plaintiff,**                 ) | |
|                                ) | |
| v.                             ) | Case No. 25-1022-DDC-GEB |
|                                ) | |
| **Sherwin-Williams**           ) | |
|                                ) | |
| **Defendant.**                 ) | |
|                                ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 4) and supporting Affidavit of Financial Status (ECF No. 4-2, *sealed*). For the reasons outlined below, Plaintiff's Motion **(ECF No. 4)** is **GRANTED**.

Under 28 U.S.C. § 1915(a), the Court has the discretion[1] to authorize the filing of a civil case "without prepayment of fees or security thereof, by a person who submits an affidavit that . . . the person is unable to pay such fees or give security thereof." "Proceeding *in forma pauperis* in a civil case 'is a privilege, not a right—fundamental or otherwise.'"[2] After careful review of Plaintiff's description of his financial resources (ECF No. 4-2, *sealed*), and the comparison of the listed monthly income to listed monthly expenses, the Court finds Plaintiff is financially unable to pay the filing fee.

---

[1] *Barnett ex rel. Barnett v. Nw. Sch.*, No. 00-2499, 2000 WL 1909625, at *1 (D. Kan. Dec. 26, 2000) (citing *Cabrera v. Horgas*, 173 F.3d 863, at *1 (10th Cir. April 23, 1999)).

[2] *Id.* (quoting *White v. Colorado*, 157 F.3d 1226, 1233 (10th Cir. 1998)).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Proceed *In Forma Pauperis* **(ECF No. 4)** is **GRANTED.** Because Plaintiff proceeds *in forma pauperis*, the clerk of the court shall take the appropriate steps to serve Defendant with the summons and Complaint as provided under 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3).

**IT IS SO ORDERED.**

Dated at Wichita, Kansas this 8th day of May 2025.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
United States Magistrate Judge